## CITY OF MADISON v. CAMERON.

(Opinion filed February 12, 1902.)

Error to circuit court, Lake county.

Action by the city of Madison against Ed Cameron. Judgment against defendant, and he brings error. Writ vacated.

*T. J. Spangler,* for plaintiff in error.

*William McGrath,* for defendant in error.

CORSON, J. This case is before us on motion to vacate and set aside writ of error issued from this court. The case is substantially the same as the case of City of Madison v. Horner, 15 S. D. 359, 89 N. W. 474. For the reasons stated in the opinion in that case, the motion is granted and the writ of error is vacated and set aside and the clerk of this court is directed to return the record herein. to the clerk of the court of the proper county.